IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| RANGER INVESTMENT, INC., ET AL | CASE NO. 5:03-CV-420 |
| VS. | JUDGE BRAMLETTE, III |
| SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC | MAGISTRATE JUDGE SUMNER |

### ORDER

Considering the foregoing "Joint Motion to Dismiss;"

IT IS HEREBY ORDERED that the above numbered and captioned proceeding be and the same is hereby dismissed, with prejudice. Each Party is to bear their own Court costs in this matter.

Signed this 25 day of April, 2005.

_____
Judge, United States District Court